# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3505

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Deon Omar Spight, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted:  August 30, 1999
Filed:   September 2, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Deon Omar Spight challenges the District Court's[1] judgment, entered on a jury verdict finding him guilty of possession with intent to distribute cocaine base and cocaine.  For reversal, he claims the government presented insufficient evidence to convict him.  Having carefully reviewed the record and the parties' briefs and submissions, we reject Spight's argument and affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.